**FILED**
10/30/2014
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| DAVID RAYNER, REBECCA HARPER, CATHERINE H. LICATA, RANDY CLINE, IZELLA SHENNETT, and LOIS F. THORNSBERRY, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | 14-cv-6315 |
| vs. | ) ) ) | Honorable Judge James B. Zagel Magistrate Judge Michael T. Mason |
| HALSTED FINANCIAL SERVICES, LLC, PRAN NAVANANDAN, SYED ALI, and DOES 1-6, | ) ) ) ) | |
| Defendants. | ) ) | |

## FIRST AMENDED COMPLAINT

### INTRODUCTION

1.     Plaintiffs David Rayner, Rebecca Harper, Catherine H. Licata, Randy Cline,

Izella Shennett, and Lois F. Thornsberry, bring this action to secure redress from unlawful credit

and collection practices engaged in by defendants Halsted Financial Services, LLC, Pran

Navanandan, Syed Ali, and Does 1-6.  Plaintiffs allege violations of the Fair Debt Collection

Practices Act, 15 U.S.C. §1692 et seq. ("FDCPA").

### VENUE AND JURISDICTION

2.     This Court has jurisdiction under 15 U.S.C. §1692k (FDCPA), 28 U.S.C.

§1331 and 28 U.S.C. §1337.

3.     Venue and personal jurisdiction in this District are proper because defendants do

or transact business within this District.

### PARTIES

4.     Plaintiff David Rayner is an individual who resides in Texas.

5.     Plaintiff Rebecca Harper is an individual who resides in Texas.

6.     Plaintiff Catherine H. Licata is an individual who resides in South Carolina.

7.     Plaintiff Randy Cline is an individual who resides in Florida.

1

8.     Plaintiff Izella Shennett is an individual who resides in Georgia.

9.     Plaintiff Lois F. Thornsberry is an individual who resides in Kentucky.

10.     Defendant Halsted Financial Services, LLC ("Halsted") is a limited liability company organized under Illinois law with offices in Illinois.  Its registered agent and office is Syed Ali, 8548 Karlov Ave., Skokie, IL 60076.

11.     Halsted is engaged in the business of using the mails and telephone to collect consumer debts originally owed to others.

12.     Halsted is a debt collector as defined in the FDCPA.

13.     Halsted has two managers, who collectively have complete control of its debt collection business and direct and conduct such business:

    a.     Pran Navanandan ("Navanandan"), 925 W. Huron St., #605, Chicago, IL 60642;

    b.     Syed Ali ("Ali"), 8548 N. Karlov Ave., Skokie,  IL 60076.

14.     Does 1-6 are the owners of the debts.

## FACTS

15.     Halsted has been attempting to collect alleged consumer debts from plaintiffs.

16.     The alleged debts are for personal, family or household purposes and not for business purposes.

17.     On or about  June 2, 2014, defendants sent plaintiff Rayner the letter attached as Exhibit A.

18.     Exhibit A is the first letter plaintiff Rayner received from defendants regarding the  debt described therein.

19.     On information and belief, based on its contents, Exhibit A was the first letter defendants sent to plaintiff Rayner regarding the debt described therein.

20.     On or about June 2, 2014, defendants sent plaintiff Harper the letter attached as Exhibit B.

2

21.    Exhibit B is the first letter plaintiff Harper  received from defendants regarding the debt described therein.

22.    On information and belief, based on its contents, Exhibit B was the first letter defendants sent to plaintiff Harper regarding the debt described therein.

23.    On or about  June 2, 2014, defendants sent plaintiff Harper the letter attached as Exhibit C, relating to a different alleged debt than Exhibit B.

24.    Exhibit C is the first letter plaintiff Harper  received from defendants regarding the debt described therein.

25.    On information and belief, based on its contents, Exhibit C was the first letter defendants sent to plaintiff Harper  regarding the debt described therein.

26.    On or about  June 2, 2014, defendants sent plaintiff Harper  the letter attached as Exhibit D, relating to a different alleged HSBC debt than Exhibits B-C.

27.    Exhibit D is the first letter plaintiff Harper  received from defendants regarding the debt described therein.

28.    On information and belief, based on its contents, Exhibit D was the first letter defendants sent to plaintiff Harper regarding the debt described therein.

29.    On or about June 2, 2014, defendants sent plaintiff Licata the letter attached as Exhibit E.

30.    Exhibit E is the first letter plaintiff Licata received from defendants regarding the debt described therein.

31.    On or about June 2, 2014, defendants sent plaintiff Cline the letter attached as Exhibit F.

32.    Exhibit F is the first letter plaintiff Cline received from defendants regarding the debt described therein.

33.    On or about June 2. 2014, defendants sent plaintiff Shennett the letter attached as Exhibit G.

3

34.     Exhibit G is the first letter plaintiff Shennett received from defendants regarding the debt described therein.

35.     On or about June 2, 2014, defendants sent plaintiff Thornsberry the letter attached as Exhibit H.

36.     Exhibit H is the first letter plaintiff Thornsberry received from defendants regarding the debt described therein.

37.     Section 1692g of the FDCPA provides:

**§ 1692g.  Validation of debts**

**(a) Notice of debt; contents.  Within five days after the initial communication with a consumer in connection with the collection of any debt, a debt collector shall, unless the following information is contained in the initial communication or the consumer has paid the debt, send the consumer a written notice containing--**

**(1) the amount of the debt;**

**(2) the name of the creditor to whom the debt is owed;**

**(3) a statement that unless the consumer, within thirty days after receipt of the notice, disputes the validity of the debt, or any portion thereof, the debt will be assumed to be valid by the debt collector;**

**(4) a statement that if the consumer notifies the debt collector in writing within the thirty-day period that the debt, or any portion thereof, is disputed, the debt collector will obtain verification of the debt or a copy of a judgment against the consumer and a copy of such verification or judgment will be mailed to the consumer by the debt collector; and**

**(5) a statement that, upon the consumer's written request within the thirty-day period, the debt collector will provide the consumer with the name and address of the original creditor, if different from the current creditor.**

**(b) Disputed debts.  If the consumer notifies the debt collector in writing within the thirty-day period described in subsection (a) that the debt, or any portion thereof, is disputed, or that the consumer requests the name and address of the original creditor, the debt collector shall cease collection of the debt, or any disputed portion thereof, until the debt collector obtains verification of the debt or a copy of a judgment, or the name and address of the original creditor, and a copy of such verification or judgment, or name and address of the original creditor, is mailed to the consumer by the debt collector. Collection activities and communications that do not otherwise violate this title may continue during the 30-day period referred to in subsection (a) unless the consumer has notified the debt collector in writing that the debt, or any portion of the debt, is disputed or that the consumer requests the name and address of the original creditor. Any collection activities and communication during the 30-day period may not overshadow or be inconsistent with the disclosure**

4

of the consumer's right to dispute the debt or request the name and address of the original creditor.

**(c) Admission of liability.** The failure of a consumer to dispute the validity of a debt under this section may not be construed by any court as an admission of liability by the consumer.

**(d) Legal pleadings.** A communication in the form of a formal pleading in a civil action shall not be treated as an initial communication for purposes of subsection **(a).**

**(e) Notice provisions.** The sending or delivery of any form or notice which does not relate to the collection of a debt and is expressly required by the Internal Revenue Code of 1986 [*26 USCS §§ 1* et seq.], title V of Gramm-Leach-Bliley Act [*15 USCS §§ 6801* et seq.], or any provision of Federal or State law relating to notice of data security breach or privacy, or any regulation prescribed under any such provision of law, shall not be treated as an initial communication in connection with debt collection for purposes of this section.

38.     On information and belief the debts are owned by 1 or more debt buyers. These debt buyers are vicariously liable for the acts of Halsted.

## COUNT I – FDCPA

39.     Plaintiff Rayner incorporates paragraphs 1-38.

40.     Plaintiff Rayner brings this count against defendants Halsted, Ali, Navanandan, and Doe 1.

41.     Defendants violated 15 U.S.C. §1692g, by omitting the notice of debt required by that section in the letter attached as Exhibit A sent to plaintiff Rayner and by failing to identify the current creditor or owner of the debt.

42.     Halsted has been sued on numerous occasions for FDCPA violations. Halsted and its managers are well aware of the requirements for compliance, and chose not to comply.

WHEREFORE, the Court should enter judgment in favor of plaintiffs and against defendants for:

(1)     statutory damages of $1,000 per debt;

(2)     attorney's fees, litigation expenses and costs of suit; and

(3)     such other relief as the Court deems proper.

5

## COUNT II – FDCPA

43.     Plaintiff Harper incorporates paragraphs 1-38.

44.     Plaintiff Harper brings this count against defendants Halsted, Ali, Navanandan, and Doe 2.

45.     Defendants violated 15 U.S.C. §1692g, by omitting the notice of debt required by that section in the letter attached as Exhibit B sent to plaintiff Harper and by failing to identify the current creditor or owner of the debt.

46.     Halsted has been sued on numerous occasions for FDCPA violations. Halsted and its managers are well aware of the requirements for compliance, and chose not to comply.

WHEREFORE, the Court should enter judgment in favor of plaintiffs and against defendants for:

(1)     statutory damages of $1,000 per debt;

(2)     attorney's fees, litigation expenses and costs of suit; and

(3)     such other relief as the Court deems proper.

## COUNT III – FDCPA

47.     Plaintiff Harper incorporates paragraphs 1-38.

48.     Plaintiff Harper brings this count against defendants Halsted, Ali, Navanandan, and Doe 2.

49.     Defendants violated 15 U.S.C. §1692g, by omitting the notice of debt required by that section in the letter attached as Exhibit C sent to plaintiff Harper and by failing to identify the current creditor or owner of the debt.

50.     Halsted has been sued on numerous occasions for FDCPA violations. Halsted and its managers are well aware of the requirements for compliance, and chose not to comply.

WHEREFORE, the Court should enter judgment in favor of plaintiffs and against

6

defendants for:

      (1)     statutory damages of $1,000 per debt;

      (2)     attorney's fees, litigation expenses and costs of suit; and

      (3)     such other relief as the Court deems proper.

## COUNT IV – FDCPA

51.     Plaintiff Harper incorporates paragraphs 1-38.

52.     Plaintiff Harper brings this count against defendants Halsted, Ali, Navanandan and Doe 2.

53.     Defendants violated 15 U.S.C. §1692g, by omitting the notice of debt required by that section in the letter attached as Exhibit D sent to plaintiff Harper and by failing to identify the current creditor or owner of the debt.

54.     Halsted has been sued on numerous occasions for FDCPA violations. Halsted and its managers are well aware of the requirements for compliance, and chose not to comply.

WHEREFORE, the Court should enter judgment in favor of plaintiffs and against defendants for:

      (1)     statutory damages of $1,000 per debt;

      (2)     attorney's fees, litigation expenses and costs of suit; and

      (3)     such other relief as the Court deems proper.

## COUNT V – FDCPA

55.     Plaintiff Licata incorporates paragraphs 1-38.

56.     Plaintiff Licata brings this count against defendants Halsted, Ali, Navanandan, and Doe 3.

57.     Defendants violated 15 U.S.C. §1692g, by omitting the notice of debt required by that section in the letter attached as Exhibit E sent to plaintiff Licata and by failing to identify the current creditor or owner of the debt.

58.     Halsted has been sued on numerous occasions for FDCPA violations.
Halsted and its managers are well aware of the requirements for compliance, and chose not to
comply.

WHEREFORE, the Court should enter judgment in favor of plaintiffs and against
defendants for:

(1)     statutory damages of $1,000 per debt;

(2)     attorney's fees, litigation expenses and costs of suit; and

(3)     such other relief as the Court deems proper.

## COUNT VI – FDCPA

59.     Plaintiff Cline incorporates paragraphs 1-38.

60.     Plaintiff Cline brings this count against defendants Halsted, Ali, Navanandan, and
Doe 4.

61.     Defendants violated 15 U.S.C. §1692g, by omitting the notice of debt required by
that section in the letter attached as Exhibit F sent to plaintiff Cline and by failing to identify the
current creditor or owner of the debt.

62.     Halsted has been sued on numerous occasions for FDCPA violations.
Halsted and its managers are well aware of the requirements for compliance, and chose not to
comply.

WHEREFORE, the Court should enter judgment in favor of plaintiffs and against
defendants for:

(1)     statutory damages of $1,000 per debt;

(2)     attorney's fees, litigation expenses and costs of suit; and

(3)     such other relief as the Court deems proper.

## COUNT VII – FDCPA

63.     Plaintiff Shennett incorporates paragraphs 1-38.

64.     Plaintiff Shennett brings this count against defendants Halsted, Ali, Navanandan,

and Doe 5.

65.     Defendants violated 15 U.S.C. §1692g, by omitting the notice of debt required by that section in the letter attached as <u>Exhibit G</u> sent to plaintiff Shennett and by failing to identify the current creditor or owner of the debt.

66.     Halsted has been sued on numerous occasions for FDCPA violations. Halsted and its managers are well aware of the requirements for compliance, and chose not to comply.

WHEREFORE, the Court should enter judgment in favor of plaintiffs and against defendants for:

      (1)     statutory damages of $1,000 per debt;

      (2)     attorney's fees, litigation expenses and costs of suit; and

      (3)     such other relief as the Court deems proper.

## COUNT VIII – FDCPA

67.     Plaintiff Thornsberry incorporates paragraphs 1-38.

68.     Plaintiff Thornsberry brings this count against defendants Halsted, Ali, Navanandan, and Doe 6.

69.     Defendants violated 15 U.S.C. §1692g, by omitting the notice of debt required by that section in the letter attached as <u>Exhibit H</u> sent to plaintiff Thornsberry and by failing to identify the current creditor or owner of the debt.

70.     Halsted has been sued on numerous occasions for FDCPA violations. Halsted and its managers are well aware of the requirements for compliance, and chose not to comply.

WHEREFORE, the Court should enter judgment in favor of plaintiffs and against defendants for:

      (1)     statutory damages of $1,000 per debt;

      (2)     attorney's fees, litigation expenses and costs of suit; and

(3)     such other relief as the Court deems proper.


                                        s/ Daniel A. Edelman

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Rebecca A. Cohen
EDELMAN, COMBS, LATTURNER & GOODWIN, L.L.C.
20 South Clark Street, Suite 1500
Chicago, Illinois  60603
(312) 739-4200
(312) 419-0379 (FAX)

## NOTICE OF LIEN AND ASSIGNMENT

Please be advised that we claim a lien upon any  recovery herein for 1/3 or such amount as a court awards.   All rights relating to attorney's fees have been assigned to counsel.


                                        s/ Daniel A. Edelman


Daniel A. Edelman
EDELMAN, COMBS, LATTURNER
& GOODWIN, LLC
20 South Clark Street, Suite 1500
Chicago, Illinois  60603
(312) 739-4200
(312) 419-0379 (FAX)

10

**DOCUMENT PRESERVATION DEMAND**

Each plaintiff hereby demands that each defendant take affirmative steps to preserve all recordings, data, documents, and all other tangible things that relate to plaintiff, the events described herein, any third party associated with any telephone call, campaign, account, sale or file associated with plaintiff, and any account or number or symbol relating to them. These materials are likely very relevant to the litigation of this claim. If defendant is aware of any third party that has possession, custody, or control of any such materials, plaintiff demands that defendant request that such third party also take steps to preserve the materials. This demand shall not narrow the scope of any independent document preservation duties of the defendant.

s/ Daniel A. Edelman

11

# EXHIBIT A

# Halsted Financial Services, LLC

P.O. Box 828, Skokie, IL 60076
Telephone: 877-220-4461  Facsimile: (888) 768-5812
Website: www.halstedfinancial.com

REDACTED

**60%**
Settlement
Offer

June 2, 2014

DAVID RAYNER

*# D 11486*
*# * *JUN 13 2014*

Dear DAVID RAYNER:

Please be advised that our client has assigned your outstanding contract with CITI-M-SHELL CONSUMER - _____ 2775 at our agency for collection. Our records indicate that you have breached the terms of your loan agreement. Records also indicate that you are refusing to honor this contract. If this is incorrect it is very important that you notify us promptly.

This notice is to inform you that pursuant to the terms of the contract governing your indebtedness, the above balance is due in full. It is our understanding based on your advanced stage of delinquency that you have no intentions of paying this obligation. We encourage you to call us if your intentions are to eventually pay this debt.

Failure to respond to this notice by 6/27/2014 will result in your account being sent back to our client to proceed against you with further collection activity.

Please do not make this action necessary. We want to extend a helping hand in getting this matter resolved internally. This office is prepared to reduce your debt and offer you a generous settlement of 40% off. That's a saving of $398.98. This offer is only available for a limited amount of time. Please respond to this letter by 6/27/2014 to take advantage of this offer. We can be reached at 877-220-4461 ext. 713

This letter is null and void if prior arrangements have been made or if this account in no longer in our office.

This is an attempt to collect a debt. Any information obtained will be used for that purpose. This communication is from a professional debt collection agency.

Sincerely,

Charles Evans
Department Manager
Halsted Financial Services, LLC
877-220-4461 ext. 713

RE:  Original Lender:  CITI-M-SHELL CONSUMER - _____ 2775
      Case Number:   2844200
      Balance Due:   $997.46
      Settlement Amount: $598.48

---

1776-SFHALF10-ASLFMAIL90-1/08/10

IF YOU WISH TO PAY BY CREDIT CARD, CIRCLE ONE AND FILL IN THE INFORMATION BELOW.

VISA   DISCOVER

| CARD NUMBER | | EXP. DATE |
| CARD HOLDER NAME | | CVV |
| SIGNATURE | AMOUNT PAID | |

Please detach the lower portion of this letter and return with your payment.

Please make checks payable to:
**Halsted Financial Services, LLC**

Re:  Case #:   2844200
      Balance Due:   $997.46
      Settlement Amount: $598.48

Halsted Financial Services, LLC
PO BOX 828
Skokie IL 60076-0828



Y1657302A8
PO Box 505
Linden MI 48451-0505
ADDRESS SERVICE REQUESTED



PRESORTED
FIRST-CLASS MAIL
U.S. POSTAGE
PAID
HATTERAS

2844200 - ASLFMAIL90- 1776
DAVID RAYNER

REDACTED



# EXHIBIT B

#10286

# Halsted Financial Services, LLC

P.O. Box 828, Skokie, IL 60076
Telephone: 877-220-4461   Facsimile: (888) 768-5812
Website: www.halstedfinancial.com

JUN 1 6 2014

**60%**
**Settlement**
**Offer**

June 2, 2014

REBECCA HARPER

Dear REBECCA HARPER:

Please be advised that our client has assigned your outstanding contract with HSBC - ████████9856, at our agency for collection. Our records indicate that you have breached the terms of your loan agreement. Records also indicate that you are refusing to honor this contract. If this is incorrect it is very important that you notify us promptly.

This notice is to inform you that pursuant to the terms of the contract governing your indebtedness, the above balance is due in full. It is our understanding based on your advanced stage of delinquency that you have no intentions of paying this obligation. We encourage you to call us if your intentions are to eventually pay this debt.

Failure to respond to this notice by 6/26/2014 will result in your account being sent back to our client to proceed against you with further collection activity.

Please do not make this action necessary. We want to extend a helping hand in getting this matter resolved internally. This office is prepared to reduce your debt and offer you a generous settlement of 40% off. That's a saving of $228.92. This offer is only available for a limited amount of time. Please respond to this letter by 6/26/2014 to take advantage of this offer. We can be reached at 877-220-4461 ext. 713

This letter is null and void if prior arrangements have been made or if this account in no longer in our office.

This is an attempt to collect a debt. Any information obtained will be used for that purpose. This communication is from a professional debt collection agency.

Sincerely,

Charles Evans
Department Manager
Halsted Financial Services, LLC
877-220-4461 ext. 713

RE:  Original Lender:  HSBC - ████████9856
     Case Number:     2861424
     Balance Due:     $572.30
     Settlement Amount: $343.38

REDACTED

---

4068-SFHALF10-ASLFMAIL90-1/08/10

| IF YOU WISH TO PAY BY CREDIT CARD, CIRCLE ONE AND FILL IN THE INFORMATION BELOW. |
| --- |

MasterCard   VISA   DISCOVER

CARD NUMBER                          EXP. DATE

CARD HOLDER NAME                     CVV

SIGNATURE                            AMOUNT PAID

Please detach the lower portion of this letter and return with your payment.

Please make checks payable to:
**Halsted Financial Services, LLC**

Re:  Case #:          2861424
     Balance Due:     $572.30

     Settlement Amount: $343.38

Halsted Financial Services, LLC
PO BOX 828
Skokie IL 60076-0828



Y185798195

PO Box 505
Linden MI 48451-0505
ADDRESS SERVICE REQUESTED

PRESORTED
FIRST-CLASS MAIL
U.S. POSTAGE
PAID
HATTERAS

0005120024815825083175083345875-1YA-Y165798185 4067
2861439 - ASLFMAIL90- 4067
REBECCA HARPER

REDACTED

# EXHIBIT C

# Halsted Financial Services, LLC

P.O. Box 828, Skokie, IL 60076
Telephone: 877-220-4461  Facsimile: (888) 768-5812
Website: www.halstedfinancial.com

June 2, 2014

REBECCA HARPER



**60% Settlement Offer**

Dear REBECCA HARPER:

Please be advised that our client has assigned your outstanding contract with HSBC – ███████ 9381 at our agency for collection. Our records indicate that you have breached the terms of your loan agreement. Records also indicate that you are refusing to honor this contract. If this is incorrect it is very important that you notify us promptly.

This notice is to inform you that pursuant to the terms of the contract governing your indebtedness, the above balance is due in full. It is our understanding based on your advanced stage of delinquency that you have no intentions of paying this obligation. We encourage you to call us if your intentions are to eventually pay this debt.

Failure to respond to this notice by 6/25/2014 will result in your account being sent back to our client to proceed against you with further collection activity.

Please do not make this action necessary. We want to extend a helping hand in getting this matter resolved internally. This office is prepared to reduce your debt and offer you a generous settlement of 40% off. That's a saving of $547.28. This offer is only available for a limited amount of time. Please respond to this letter by 6/25/2014 to take advantage of this offer. We can be reached at 877-220-4461 ext. 713

This letter is null and void if prior arrangements have been made or if this account in no longer in our office.

This is an attempt to collect a debt. Any information obtained will be used for that purpose. This communication is from a professional debt collection agency.

Sincerely,

Charles Evans
Department Manager
Halsted Financial Services, LLC
877-220-4461 ext. 713

RE:  Original Lender:  HSBC – ███████ 9381
     Case Number:   2860862
     Balance Due:    $1,368.21
     Settlement Amount: $820.93

---

4085-SFHALF10-ASLFMAIL90-1/06/10

| IF YOU WISH TO PAY BY CREDIT CARD, CIRCLE ONE AND FILL IN THE INFORMATION BELOW. | | |
|---|---|---|
| MasterCard | VISA | DISCOVER | |
| CARD NUMBER | | EXP. DATE |
| CARD HOLDER NAME | | CVV |
| SIGNATURE | AMOUNT PAID | |

Please detach the lower portion of this letter and return with your payment.

Please make checks payable to:
**Halsted Financial Services, LLC**

Re:  Case #:       2860862
     Balance Due:  $1,368.21

     Settlement Amount: $820.93

Halsted Financial Services, LLC
PO BOX 828
Skokie IL 60076-0828



PO Box 505
Linden MI 48451-0505
ADDRESS SERVICE REQUESTED

REDACTED

2860862 - ASLFMAIL90- 4065
REBECCA HARPER

PRESORTED
FIRST-CLASS MAIL
U.S. POSTAGE
PAID
HATTERAS

# EXHIBIT D

#10286

# Halsted Financial Services, LLC

P.O. Box 828, Skokie, IL 60076
Telephone: 877-220-4461  Facsimile: (888) 768-5812
Website: www.halstedfinancial.com

June 2, 2014

REBECCA HARPER

JUN 16 2014

**60%** Settlement Offer

REDACTED

Dear REBECCA HARPER:

Please be advised that our client has assigned your outstanding contract with HSBC - ███████ 2380 at our agency for collection. Our records indicate that you have breached the terms of your loan agreement. Records also indicate that you are refusing to honor this contract. If this is incorrect it is very important that you notify us promptly.

This notice is to inform you that pursuant to the terms of the contract governing your indebtedness, the above balance is due in full. It is our understanding based on your advanced stage of delinquency that you have no intentions of paying this obligation. We encourage you to call us if your intentions are to eventually pay this debt.

Failure to respond to this notice by 6/27/2014 will result in your account being sent back to our client to proceed against you with further collection activity.

Please do not make this action necessary. We want to extend a helping hand in getting this matter resolved internally. This office is prepared to reduce your debt and offer you a generous settlement of 40% off. That's a saving of $342.99. This offer is only available for a limited amount of time. Please respond to this letter by 6/27/2014 to take advantage of this offer. We can be reached at 877-220-4461 ext. 713

This letter is null and void if prior arrangements have been made or if this account in no longer in our office.

This is an attempt to collect a debt. Any information obtained will be used for that purpose. This communication is from a professional debt collection agency.

Sincerely,

Charles Evans
Department Manager
Halsted Financial Services, LLC
877-220-4461 ext. 713

RE: Original Lender:  HSBC - ███████ 2380
Case Number:   2861439
Balance Due:    $857.47
Settlement Amount: $514.48

Master card $1368.31 ✓

8

---

| IF YOU WISH TO PAY BY CREDIT CARD, CIRCLE ONE AND FILL IN THE INFORMATION BELOW. |
|---|
| MASTERCARD  VISA  DISCOVER |
| CARD NUMBER | EXP. DATE |
| CARD HOLDER NAME | CVV |
| SIGNATURE | AMOUNT PAID |

4067-SFHALF10-ASLFMAIL80-1/08/10

Please detach the lower portion of this letter and return with your payment.

Please make checks payable to:
Halsted Financial Services, LLC    Master Card

$573.30 master card

Re:  Case #:        2861439
     Balance Due:    $857.47
     Settlement Amount: $514.48

Halsted Financial Services, LLC
PO BOX 828
Skokie IL 60076-0828



PO Box 505
Linden MI 48451-0505
ADDRESS SERVICE REQUESTED

PRESORTED
FIRST-CLASS MAIL
U.S. POSTAGE
PAID
HATTERAS

REDACTED

2861424 - ASLFMAIL90- 4066
REBECCA HARPER

# EXHIBIT E

# Halsted Financial Services, LLC #5576

P.O. Box 828, Skokie, IL 60076
Telephone: 877-220-4461  Facsimile: (888) 768-5812
Website: www.halstedfinancial.com

**60% Settlement Offer**

June 2, 2014

CATHERINE H LICATA

JUN 1 9 2014  *redacted*

Dear CATHERINE H LICATA:

Please be advised that our client has assigned your outstanding contract with ASPIRE VISA-ASPIRE VISA - )1798 at our agency for collection. Our records indicate that you have breached the terms of your loan agreement. Records also indicate that you are refusing to honor this contract. If this is incorrect it is very important that you notify us promptly.

This notice is to inform you that pursuant to the terms of the contract governing your indebtedness, the above balance is due in full. It is our understanding based on your advanced stage of delinquency that you have no intentions of paying this obligation. We encourage you to call us if your intentions are to eventually pay this debt.

Failure to respond to this notice by 6/25/2014 will result in your account being sent back to our client to proceed against you with further collection activity.

Please do not make this action necessary. We want to extend a helping hand in getting this matter resolved internally. This office is prepared to reduce your debt and offer you a generous settlement of 40% off. That's a saving of $720.04. This offer is only available for a limited amount of time. Please respond to this letter by 6/25/2014 to take advantage of this offer. We can be reached at 877-220-4461 ext. 713

This letter is null and void if prior arrangements have been made or if this account in no longer in our office.

This is an attempt to collect a debt. Any information obtained will be used for that purpose. This communication is from a professional debt collection agency.

Sincerely,

Charles Evans
Department Manager
Halsted Financial Services, LLC
877-220-4461 ext. 713

RE: Original Lender: ASPIRE VISA-ASPIRE VISA - )1798

Case Number:  2860332
Balance Due:  $1,800.11
Settlement Amount: $1,080.07

3856-SFHALF10-ASLFMAIL90-1/06/10

| IF YOU WISH TO PAY BY CREDIT CARD, CIRCLE ONE AND FILL IN THE INFORMATION BELOW. | | |
|---|---|---|
| MasterCard  VISA  DISCOVER | | |
| CARD NUMBER | | EXP. DATE |
| CARD HOLDER NAME | | CVV |
| SIGNATURE | AMOUNT PAID | |

Please detach the lower portion of this letter and return with your payment.

Please make checks payable to:
**Halsted Financial Services, LLC**

Re: Case #:  2860332
Balance Due:  $1,800.11
Settlement Amount: $1,080.07

Halsted Financial Services, LLC
PO BOX 828
Skokie IL 60076-0828



PO Box 505
Linthicum, MD 48451-0505
ADDRESS SERVICE REQUESTED

*material previously submitted*

*Redacted*

PRESORTED
FIRST-CLASS MAIL
U.S. POSTAGE
PAID
HATTERAS

PRINTED IN THE U.S.A.

0008120024012822T17T26073641829-1YA~Y185T17TF 3658
2860332 - ASLFMAIL90- 3656
CATHERINE H LICATA

# EXHIBIT F

5012566

# Halsted Financial Services, LLC

P.O. Box 828, Skokie, IL 60076
Telephone: 877-220-4461  Facsimile: (888) 768-5812
Website: www.halstedfinancial.com

June 2, 2014

RANDY CLINE

*Redacted*

**60% Settlement Offer**

Dear RANDY CLINE:

Please be advised that our client has assigned your outstanding contract with CITI-SEARS PREMIER CARD - 7111 at our agency for collection. Our records indicate that you have breached the terms of your loan agreement. Records also indicate that you are refusing to honor this contract. If this is incorrect it is very important that you notify us promptly.

This notice is to inform you that pursuant to the terms of the contract governing your indebtedness, the above balance is due in full. It is our understanding based on your advanced stage of delinquency that you have no intentions of paying this obligation. We encourage you to call us if your intentions are to eventually pay this debt.

Failure to respond to this notice by 6/26/2014 will result in your account being sent back to our client to proceed against you with further collection activity.

Please do not make this action necessary. We want to extend a helping hand in getting this matter resolved internally. This office is prepared to reduce your debt and offer you a generous settlement of 40% off. That's a saving of $925.42. This offer is only available for a limited amount of time. Please respond to this letter by 6/26/2014 to take advantage of this offer. We can be reached at 877-220-4461 ext. 713

This letter is null and void if prior arrangements have been made or if this account in no longer in our office.

This is an attempt to collect a debt. Any information obtained will be used for that purpose. This communication is from a professional debt collection agency.

Sincerely,

Charles Evans
Department Manager
Halsted Financial Services, LLC
877-220-4461 ext. 713

RE: Original Lender:  CITI-SEARS PREMIER CARD - 7111

Case Number:  2842833
Balance Due:  $2,313.56
Settlement Amount: $1,388.14

4857-SFHALF10-ASLFMAIL90-1/08/10

| IF YOU WISH TO PAY BY CREDIT CARD, CIRCLE ONE AND FILL IN THE INFORMATION BELOW. |
| --- |

MasterCard  VISA  DISCOVER

| CARD NUMBER | | EXP. DATE |
| CARD HOLDER NAME | | CVV |
| SIGNATURE | AMOUNT PAID | |

Please detach the lower portion of this letter and return with your payment.

Please make checks payable to:
Halsted Financial Services, LLC

Re:  Case #:      2842833
     Balance Due:   $2,313.56
     Settlement Amount: $1,388.14

Halsted Financial Services, LLC
PO BOX 828
Skokie IL 60076-0828


Y18571C9F5
PO Box 505
Linden MI 48451-0505
ADDRESS SERVICE REQUESTED



PRESORTED
FIRST-CLASS MAIL
U.S. POSTAGE
PAID
HATTERAS

000812002401282283783377117260 4-1YA-Y18571C9F5 4857
2842833 - ASLFMAIL90- 4857
RANDY CLINE



# EXHIBIT G

# Halsted Financial Services, LLC

*P.O. Box 828, Skokie, IL 60076*
*Telephone: 877-220-4461 Facsimile: (888) 768-5812*
*Website: www.halstedfinancial.com*

June 2, 2014

7509

**60%**
**Settlement**
**Offer**

IZELLA H SHENNETT

JUN 1 2 2014

Dear IZELLA H SHENNETT:

Please be advised that our client has assigned your outstanding contract with TRIBUTE MASTERCARD-TRIBUTE MASTERCARD - ████████2753 at our agency for collection. Our records indicate that you have breached the terms of your loan agreement. Records also indicate that you are refusing to honor this contract. If this is incorrect it is very important that you notify us promptly.

This notice is to inform you that pursuant to the terms of the contract governing your indebtedness, the above balance is due in full. It is our understanding based on your advanced stage of delinquency that you have no intentions of paying this obligation. We encourage you to call us if your intentions are to eventually pay this debt.

Failure to respond to this notice by 6/27/2014 will result in your account being sent back to our client to proceed against you with further collection activity.

Please do not make this action necessary. We want to extend a helping hand in getting this matter resolved internally. This office is prepared to reduce your debt and offer you a generous settlement of 40% off. That's a saving of $563.57. This offer is only available for a limited amount of time. Please respond to this letter by 6/27/2014 to take advantage of this offer. We can be reached at 877-220-4461 ext. 713

This letter is null and void if prior arrangements have been made or if this account in no longer in our office.

This is an attempt to collect a debt. Any information obtained will be used for that purpose. This communication is from a professional debt collection agency.

Sincerely,

Charles Evans
Department Manager
Halsted Financial Services, LLC
877-220-4461 ext. 713

**REDACTED**

RE:  Original Lender:  TRIBUTE
MASTERCARD-TRIBUTE
MASTERCARD -
████████2753

Case Number:  2858429
Balance Due:  $1,408.92
Settlement Amount: $845.35

664-SFHALF10-ASLFMAIL90-1/06/10

---

IF YOU WISH TO PAY BY CREDIT CARD, CIRCLE ONE AND FILL IN THE INFORMATION BELOW.

| MasterCard | VISA | DISCOVER | AMERICAN EXPRESS |
|---|---|---|---|

| CARD NUMBER | | EXP. DATE |
|---|---|---|

| CARD HOLDER NAME | | CVV |
|---|---|---|

| SIGNATURE | | AMOUNT PAID |
|---|---|---|

Please detach the lower portion of this letter and return with your payment.

Please make checks payable to:
Halsted Financial Services, LLC

Re:  Case #:  2858429
Balance Due:  $1,408.92

Settlement Amount: $845.35

Halsted Financial Services, LLC
PO BOX 828
Skokie IL 60076-0828



Y1656E1028

PO Box 505
Linden MI 48451-0505
ADDRESS SERVICE REQUESTED



REDACTED



PRESORTED
FIRST-CLASS MAIL
U.S. POSTAGE
PAID
HATTERAS

00081200240128292413313038473135-1YA--Y1656E1028 664
2858429 - ASLFMAIL90- 664
IZELLA H SHENNETT



# EXHIBIT H

#10486

# Halsted Financial Services, LLC

*P.O. Box 828, Skokie, IL 60076*
*Telephone: 877-220-4461  Facsimile: (888) 768-5812*
*Website: www.halstedfinancial.com*

**60%**
**Settlement**
**Offer**

June 2, 2014

LOIS F THORNSBERRY

AUG 14

Dear LOIS F THORNSBERRY:

Please be advised that our client has assigned your outstanding contract with ASPIRE VISA-ASPIRE VISA -
9352 at our agency for collection. Our records indicate that you have breached the terms of your loan
agreement.  Records also indicate that you are refusing to honor this contract.  If this is incorrect it is very important
that you notify us promptly.

This notice is to inform you that pursuant to the terms of the contract governing your indebtedness, the above
balance is due in full.  It is our understanding based on your advanced stage of delinquency that you have no
intentions of paying this obligation.  We encourage you to call us if your intentions are to eventually pay this debt.

Failure to respond to this notice by 6/27/2014 will result in your account being sent back to our client to proceed
against you with further collection activity.

Please do not make this action necessary. We want to extend a helping hand in getting this matter resolved internally.
This office is prepared to reduce your debt and offer you a generous settlement of 40% off. That's a saving of
$1,007.94. This offer is only available for a limited amount of time. Please respond to this letter by 6/27/2014 to take
advantage of this offer. We can be reached at 877-220-4461 ext. 713

This letter is null and void if prior arrangements have been made or if this account in no longer in our office.

This is an attempt to collect a debt.  Any information obtained will be used for that purpose.  This communication is
from a professional debt collection agency.

Sincerely,

Charles Evans
Department Manager                     **REDACTED**
Halsted Financial Services, LLC                        RE:   Original Lender:   ASPIRE VISA-ASPIRE VISA -
877-220-4461 ext. 713                                                                   9352
                                                                                         Case Number:      2859540
                                                                                         Balance Due:      $2,519.86
                                                                                         Settlement Amount: $1,511.92

---

4513-SFHALF10-ASLFMAIL90-1/06/10

| IF YOU WISH TO PAY BY CREDIT CARD, CIRCLE ONE AND FILL IN THE INFORMATION BELOW. |
|---|

MasterCard   VISA   DISCOVER   AMERICAN EXPRESS

| CARD NUMBER | | EXP. DATE |
| CARD HOLDER NAME | | CVV |
| SIGNATURE | AMOUNT PAID | |

Please detach the lower portion of this letter
and return with your payment.

Please make checks payable to:
**Halsted Financial Services, LLC**

Re:   Case #:              2859540
      Balance Due:         $2,519.86
      Settlement Amount: $1,511.92

Halsted Financial Services, LLC
PO BOX 828
Skokie IL 60076-0828

Y16571B3A7

PO Box 505
Linden MI 48451-0505
ADDRESS SERVICE REQUESTED





PRESORTED
FIRST-CLASS MAIL
U.S. POSTAGE
**PAID**
HATTERAS

0008120024012622803441819907231-1YA--Y16571B3A7 4513

2859540 - ASLFMAIL90- 4513
LOIS F THORNSBERRY